In the Matter of the Claim of KATHERINE CULVER, Appellant, against THE SEVILLA HOME FOR CHILDREN and ÆTNA LIFE INSURANCE COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to submit typewritten case in lieu of printed case on appeal granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of JOSEPH GREENLAND, Appellant, against FLAT-BUSH WINDOW CLEANING Co. and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for an order directing the State Industrial Board to accept notice of appeal denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

LOUIS HAMMER, Respondent, v. INEZ M. HAMMER, Appellant.— Motion to prosecute appeal as a poor person granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of FLOYD HASKELL, Appellant, against HARRY J. HITCHCOCK, Employer, Appellant, and ARTHUR M. SWEET, Alleged Employer, Appellant, MERCHANTS MUTUAL INSURANCE COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Order of this court [not reported] dismissing appeal vacated and set aside. Time within which appellant may serve and file record and brief extended to February 20, 1941; case to be ready for argument at the March, 1941, Compensation and Unemployment Insurance Appeals Term of this court. Leave to present insurance policy as an original exhibit granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of ALBERT LEIGHTON, Appellant, against THE CITY OF NEW YORK, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal on typewritten record. Motion denied, without costs, upon the ground that it does not appear from the application that any appeal has ever been taken from the award specified. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of EDWARD McGRATH, Appellant, against SHEFFIELD FARMS Co., INC., and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion denied without prejudice to a renewal thereof upon showing that a question of law is presented which may be reviewed by this court on appeal. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of EVELYN MOORE, Appellant, against FEDERAL-AMERICAN CEMENT & TILE Co. and AMERICAN MUTUAL LIABILITY INSURANCE Co., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to amend notice of appeal denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.